No. 73–5028. MILLER *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded

for further consideration in light of *Almeida-Sanchez* v. *United States*, 413 U. S. 266 (1973).